TRIANGLE CRANE SERVICE, INC., PLAINTIFF-RESPONDENT, v. LIBERTY MUTUAL INSURANCE CO., DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Taylor, Bischoff, Neutze & Williams* and *Mr. Burchard V. Martin* for the petitioner.

*Messrs. Steinberg & Steele* and *Mr. William E. O'Connor, Jr.* for the respondent.

July 1, 1966. Denied.

BERNARD J. CZECH, PLAINTIFF-RESPONDENT, v. EDWARD OLSZEWSKI, DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Jacob, Alfred & Richard Levinson* and *Mr. George H. Conover, Jr.* for the petitioner.

*Messrs. Gurry & Conlan* for the respondent.

July 1, 1966. Denied.

DOROTHY PARRISH, *ET ALS.*, PLAINTIFFS-PETITIONERS, v. CHRISTIAN BORUP, *ET ALS.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Carlon, Nary, Witt & Arvanitis* for the petitioners.

*Messrs. Wise, Wise, Wickmann & Berich, Messrs. Campbell, Mangini, Foley & Lee,* and *Mr. Michael J. Cernigliaro* for the respondents.

July 1, 1966. Denied.